UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SILBURN SPENCE,

        Plaintiff,

-against-

CITY OF NEW YORK. DEP. WARDEN CAMERON,
Shield #1300, CAPT. BAIARDI, Shield #658 CAPT.
SPENCER, Shield #646, CO PINALES, Shield #9759, CO
LEWIS, Shield #6552, CAPT. SANTIAGO, Shield #840,
CAPT. BARTON, Shield #1685, CO BATTLE, Shield
#14836

        Defendants.
-----------------------------------------------------------------X

14-cv-6837 (ARR) (LB)

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated September 22, 2016 from the Honorable Lois Bloom, United States Magistrate Judge, granting in part and denying in part plaintiff's motion to amend his complaint. See Dkt. Entry, Sept. 23, 2016. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-cv-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error.

I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Plaintiff is directed to file an amended complaint in accordance with this order, see Tr. of Proceedings, Sept. 22, 2016, Dkt. #155, at 26, and is reminded that his amended complaint should not be filed under seal, see id. at 33.

1

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: October 13, 2016
      Brooklyn, New York